**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Biogen Idec MA Inc. v. Japanese Foundation for Cancer Research

No. 14-1525

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    Biogen Idec MA Inc.
                                                       Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant    ☐ Appellee       ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | E. Anthony Figg |
| Law firm: | Rothwell, Figg, Ernst & Manbeck, P.C. |
| Address: | 607 14th Street, N.W., Suite 800 |
| City, State and ZIP: | Washington, DC 20005 |
| Telephone: | 202-783-6040 |
| Fax #: | 202-783-6031 |
| E-mail address: | efigg@rfem.com |

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): August 2, 1983

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 06/19/2014 | /s/ E. Anthony Figg |
| Date | Signature of pro se or counsel |

cc: All Counsel of Record

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2014, the foregoing ENTRY OF APPEARANCE was filed electronically with the U.S. Court of Appeals for the Federal Circuit by means of the Court's CM/ECF system. I further certify that the foregoing was served by means of electronic mail, as well as by the Court's CM/ECF system, which should have sent a Notice of Docket Activity, upon the following counsel of record for Defendants-Appellees:

Nels T. Lippert, Esq.
Tarter Krinsky & Drogin LLP
1350 Broadway
New York, New York 10018
(212) 216-1157 (t)
(212) 216-8001 (f)
nlippert@tarterkrinsky.com


S. Calvin Walden, Esq.
Paula Estrada de Martin, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800 (t)
(212) 230-8888 (f)
calvin.walden@wilmerhale.com
paulaestradademartin@wilmerhale.com

Brittany Blueitt Amadi, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
(202) 663-600 (t)
(202) 663-6363 (f)
brittany.amadi@wilmerhale.com


David I. Berl, Esq.
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
(202) 434-5000 (t)
(202) 434-5029 (f)
dberl@wc.com



        */s/ Nasri V. B. Hage*
        Nasri V. B. Hage
        Rothwell, Figg, Ernst & Manbeck, P.C.